UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES

v.

ANWAR GILDARDO RAMIREZ JAIMES

Case No. 07-cr-918 (SDW)

### ORDER

This matter having come before the Court on the application of the defendant Anwar Jaime, and with the consent of counsel for the United States and Mr. Jaime, and for good cause shown,

IT IS, on this 28 day of Aug, 2008,

ORDERED that all records of the Court, the United States Marshals Service, and the Federal Bureau of Prisons should be corrected to reflect the defendant's correct name, "Anwar Gildardo Ramirez Jaime".

Madeline Cox Arleo
United States Magistrate Judge